

# THE SUPREME COURT OF TEXAS
**Post Office Box 12248**
**Austin, Texas 78711**

(512) 463-1312

Thursday, September 24, 2015

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
\* DELIVERED VIA E-MAIL \*

Mr. Douglas G. Caroom
Bickerstaff Heath Delgado Acosta LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, TX 78746
\* DELIVERED VIA E-MAIL \*

RE:     Case Number:  15-0359
        Court of Appeals Number:  13-13-00415-CV
        Trial Court Number:  D-1-GN-12-003937

Style:  TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
        v.
        TEXAS FARM BUREAU, FRANK VOLLEMAN, FRANK DESTEFANO, DAVID
        AND MARY BALLEW, RON AND SHERIE BURNETTE, SAM JONES,
        THEODRORE AND MARY KALLUS, GLEN MARECEK, JOHN GUALDING, AND
        CHARLES AND KATHERINE HARLESS

Dear Counsel:

Today the Supreme Court of Texas granted the Motion for Extension of Time to File Petitioner's Brief on the Merits in the above-referenced case. Petitioner's brief is due to be filed in this office **November 12, 2015**. Respondent's brief on the merits is due **December 2, 2015**. Petitioner's reply brief is due **December 17, 2015**. **FURTHER REQUESTS FOR EXTENSIONS OF TIME FOR THIS FILING WILL BE DISFAVORED.**

**PLEASE NOTE** pursuant to TEX. R. APP. P. 9.2(c)(2) all documents (except documents submitted under seal) must be e-filed through eFileTexas.gov. You may file up to midnight on the due date.

Persons not represented by an attorney may e-file documents, but e-filing is not required. If you are not an attorney you may file using the traditional paper filing method. An original and one copy are required for all paper filings with the Texas Supreme Court. The original is required to be bound; the copy may be unbound so that it may be scanned by the Court. The paper copy must comply with Texas Rules of Appellate Procedure 9. For more details, see the

FILE COPY



**THE SUPREME COURT OF TEXAS**
**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

Court's Order Requiring Electronic Documents in the Supreme Court of Texas at http://www.txcourts.gov/All_Archived_Documents/SupremeCourt/AdministrativeOrders/miscdocket/13/13916500.pdf.

Please note all notices or communication about this case will be sent by email in lieu of mailing paper documents. (*See* TEX. R. APP. P. 9.2(c)(7)).

Sincerely,

Blake A. Hawthorne, Clerk

by Natalie McDermon, Deputy Clerk

cc:   Mr. Keith Alan Courtney
      Robert Park (DELIVERED VIA E-MAIL)
      Mr. Arthur G. Uhl III (DELIVERED VIA E-MAIL)
      Mr. R. Glenn Jarvis (DELIVERED VIA E-MAIL)
      Mr. Donald P. Wilcox (DELIVERED VIA E-MAIL)
      Ms. Amalia Rodriguez Mendoza (DELIVERED VIA E-MAIL)
      Ms. Dorian E. Ramirez (DELIVERED VIA E-MAIL)